Manatt, Phelps & Phillips, LLP
ROBERT D. BECKER (Bar No. CA 160648)
E-mail: rbecker@manatt.com
BENJAMIN M. KLEINMAN (Bar No. CA 261846)
Email: bkleinman@manatt.com
1841 Page Mill Road, Suite 200
Palo Alto, CA  94304-1006
Telephone:  (650) 812-1300
Facsimile:  (650) 213-0260

Manatt, Phelps & Phillips, LLP
SHARI MULROONEY WOLLMAN (Bar No. CA 137142)
Email:  swollman@manatt.com
11355 W. Olympic Boulevard
Los Angeles, CA  90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224

*Attorneys for Plaintiff*
M. L. Kishigo Manufacturing Co.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT

| | |
|---|---|
| M. L. KISHIGO MANUFACTURING COMPANY, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CAROLINA SAFETY ACQUISITION, LLC, a Tennessee Corporation,<br><br>Defendant. | Case No.  8:12-cv-00277-DOC-MLG<br><br>**PLAINTIFF'S PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT CAROLINA SAFETY ACQUISTION, LLC** |

1  Attached hereto as Exhibit 1 is the executed Proof of Service of M. L.
2  KISHIGO MANUFACTURING COMPANY's Summons; Complaint for
3  Declaratory Judgment; Certification and Notice of Interested Parties; Report on
4  Filing or Determination of an Action Regarding a Patent or Trademark; and Notice
5  of Parties of Court-Directed ADR Program served on Defendant CAROLINA
6  SAFETY ACQUISITION, LLC in the above-captioned matter.

Dated:   June 25, 2012            Manatt, Phelps & Phillips, LLP

By: /s/ Shari Mulrooney Wollman
   Robert D. Becker
   Shari Mulrooney Wollman
   Benjamin M. Kleinman

*Attorneys for Plaintiff*
M. L. KISHIGO
MANUFACTURING COMPANY

303149263.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

PLAINTIFF'S PROOF OF SERVICE OF
SUMMONS AND COMPLAINT ON
DEFENDANT CAROLINA SAFETY

# EXHIBIT 1

SHARI MULROONEY WOLLMAN, ESQ.
MANATT, PHELPS & PHILLIPS, LLP
11355 WEST OLYMPIC BOULEVARD
LOS ANGELES, CA 90064-1614
TELEPHONE: (310) 312-4000

ATTORNEY FOR: PLAINTIFF

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES

| | |
|---|---|
| M.L KISHIGO MANUFACTURING COMPANY, A CALIFORNIA CORPORATION<br><br>PLAINTIFF, | CASE NUMBER<br><br>SACV12-277-DOC-(MLGX) |
| CAROLINA SAFETY ACQUISITION, LLC, A TENNESSEE CORPORATION<br><br>DEFENDANT. | PROOF OF SERVICE |

At the time of service I was a citizen of the United States, over the age of eighteen, and not a party to this action; I served copies of the:

SUMMONS; COMPLAINT FOR DECLARATORY JUDGMENT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL 7.1-1) ; REPORT ON FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

in the within action by personally delivering true copies thereof to the person served as follows:

Served          : CAROLINA SAFETY ACQUISITION, LLC, A TENNESSEE CORPORATION
By Serving      : FRANCES BURRIS , ADMINISTRATIVE ASSISTANT
Address         : NATIONAL REGISTERED AGENTS, INC.
                  160 GREENTREE DRIVE, SUITE 101
                  DOVER, DE 19904
Date of Service : JUNE 22, 2012
Time of Service : 10:15AM



695 N. First St. Suite 150
San Jose, Ca 95112
(408) 291-5000

Registered in Santa Clara County
Registered California Process Server No. 1360

Person serving: ELIZABETH DICKERSON

County: KENT COUNTY

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.

Date:   JUNE 22, 2012           Signature: _Elizabeth Dickerson_
                                           ELIZABETH DICKERSON